**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Gerald R. Voit, Dorine J. Voit and Richmond Mill, Inc.

Plaintiffs,

v.

Purina Mills, Inc.,

Defendant.

Civ. No. 01-518 (JRT/RLE)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED through counsel for the parties that this action and all claims which were or could have been brought by Plaintiffs in the above-captioned matter be dismissed with prejudice and without costs or fees to any party. However, if facts arise giving Plaintiffs the option to void the parties' Confidential Settlement Agreement and General Release, and Plaintiffs choose to so void the agreement within 90 days hereafter, this dismissal shall be without prejudice.

Dated: 1-24-02

**RINKE-NOONAN**

By: John C. Kolb
John C. Kolb (#268938)
Suite 700
Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497
(320) 251-6700

**Attorneys for Plaintiffs**

JAN 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 3 0 2002
DEPUTY CLERK

1368513v1

Dated: January 25, 2002

**BRIGGS AND MORGAN, P.A.**

By: ______________________
Scott G. Bowman (#218467)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Defendant Purina Mills, Inc.**

**ORDER**

**SO ORDERED.** Pursuant to the parties' Stipulation, this action and all claims which were or could have been brought by Plaintiffs in the above-captioned matter are hereby dismissed with prejudice and without costs or fees to any party. However, if facts arise giving Plaintiffs the option to void the parties' Confidential Settlement Agreement and General Release, and Plaintiffs choose to so void the agreement within 90 days hereafter, this dismissal shall be without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2002

BY THE COURT:

______________________
Judge John R. Tunheim
United States District Court